# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR LITTLEFIELD, JR., | 1:06cv1530 OWW DLB |
| Plaintiff, | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT |
| v. | (Document 9) |
| FRESNO COUNTY SUPERIOR COURT CLERK'S OFFICE, et al., | |
| Defendants. | |

Plaintiff Arthur Littlefield, Jr., ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this action. Plaintiff filed his complaint on October 27, 2006.

On November 13, 2006, the Court dismissed the complaint with leave to amend and ordered Plaintiff to file an amended complaint within thirty (30) days.

On December 18, 2006, Plaintiff requested a sixty (60) day extension of time within which to file his amended complaint.

Plaintiff's request is GRANTED. Plaintiff shall file an amended complaint within sixty (60) days of the date of service of this order. Failure to do so will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated: **December 28, 2006**          /s/ **Dennis L. Beck**
3b142a                    UNITED STATES MAGISTRATE JUDGE