# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR LITTLEFIELD, JR., ) | 1:06cv1530 OWW DLB |
| ) | |
| Plaintiff, ) | ORDER ADOPTING FINDINGS AND RECOMMENDATION |
| ) | |
| v. ) | (Document 18) |
| ) | |
| OFFICER VIVEROS, et al., ) | |
| ) | |
| Defendants. ) | |

Plaintiff is proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983.

On June 12, 2007, the Magistrate Judge issued Findings and Recommendation that Defendants Jane Doe #1 and Probation Department be DISMISSED. The Court further recommended that service go forward for the remaining Defendants. This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order. Over thirty (30) days have passed and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued June 12, 2007, is ADOPTED IN FULL; and

2. Defendants Jane Doe #1 and Probation Department are DISMISSED from this action.

IT IS SO ORDERED.

**Dated:    November 28, 2007**                        /s/ Oliver W. Wanger
                                                        UNITED STATES DISTRICT JUDGE