# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARTHUR LITTLEFIELD, JR., | ) | 1:06cv1530 OWW DLB |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING FINDINGS AND RECOMMENDATION |
| v. | ) | (Document 31) |
| OFFICER VIVEROS, et al., | ) | |
| Defendants. | ) | |

Plaintiff is proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983.

On December 5, 2007, the Magistrate Judge issued Findings and Recommendation that Defendant's motion to dismiss be GRANTED. This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order. After receiving an extension of time, Plaintiff filed objections on February 25, 2008.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued December 5, 2007, is ADOPTED IN FULL; and

2. Defendant's motion to dismiss be GRANTED and the action is DISMISSED. This terminates this action in its entirety.

IT IS SO ORDERED.

**Dated:   February 29, 2008**                            /s/ Oliver W. Wanger
                                                          UNITED STATES DISTRICT JUDGE